# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,**<br>　　　　Debtor.<br><br>**RODNEY D. TOW, CHAPTER 7 TRUSTEE,**<br>　　　　Plaintiff,<br>　　v.<br>**HELPING PEOPLE SUCCEED, INC. D/B/A EXPRESS EMPLOYMENT PROFESSIONALS,**<br>　　　　Defendant. | **Case No. 18-33815**<br><br>**(Chapter 7)**<br><br><br><br>Adversary No. 20-03271 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I caused a true and correct copy of the attachment to be served on the Defendant's Registered Agent by regular first class mail at the following address:

Helping People Succeed, Inc., d/b/a Express Employment Professionals
c/o Janet L. Isaacson
275 S. Main Street, Suite 200
Longmont, CO 80501


Dated: July 17, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BARRON & NEWBURGER, P.C.**

　　　　　　　　　　　　　　　　　　*/s/R. J. Shannon*
　　　　　　　　　　　　　　　　　　R. J. Shannon (TBA No. 24108062)
　　　　　　　　　　　　　　　　　　7320 N MoPac Expy
　　　　　　　　　　　　　　　　　　Greystone II Suite 400
　　　　　　　　　　　　　　　　　　Austin, TX 78731
　　　　　　　　　　　　　　　　　　Telephone: (512) 476-9253
　　　　　　　　　　　　　　　　　　Facsimile:  (512) 279-0310
　　　　　　　　　　　　　　　　　　Email: rshannon@bn-lawyers.com

*Special Counsel for Rodney D. Tow, Chapter 7 Trustee for Koontz-Wagner Custom Control Holdings LLC*